UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO DEPAULA-FELIZ

v.

UNITED STATES OF AMERICA,

    Respondent.

ECF CASE

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

07 CV 5956

TO:   Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney for the
      Southern District of New York

    by: /s/ Mark Lanpher
        Mark Lanpher
        Assistant United States Attorney
        (212) 637-2399

TO: Francisco DePaula-Feliz